```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

FIRST SECURITY BANK                                  PLAINTIFF

   V.                    Civil No. 08-3064

FIRST AMERICAN REAL ESTATE
SOLUTIONS OF TEXAS, L.P., d/b/a
First American Flood Data Services, Inc.    DEFENDANT

### **O R D E R**

NOW on this 11th day of June, 2009, comes on for consideration the plaintiffs' **Motion to Dismiss With Prejudice (Doc. 20).**

IT APPEARING to the court that the matter has been settled, the motion is **GRANTED.** It is **ORDERED** that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, with each party to bear their own costs.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

                                      /S/JIMM LARRY HENDREN
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE